**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :

    -v.-                         :   NOTICE OF INTENT TO
                                     FILE AN INFORMATION
JOHN J. FALCETTA,
                                 :
            Defendant.
                                     **08 CRIM 327**
- - - - - - - - - - - - - - - - -x

        PLEASE TAKE NOTICE that the United States Attorney's

Office will file an information upon the defendant's waiver of

indictment, pursuant to Rule 7(b) of the Federal Rules of

Criminal Procedure.

Dated:    New York, New York
          ~~March~~ _____, 2008              *Judge Marrero*
          April 4

                            MICHAEL J. GARCIA
                            United States Attorney

                        By: _____
                            E. Danya Perry
                            Assistant United States Attorney

                        AGREED AND CONSENTED TO:

                        By: _____   4-3-08
                            Steven Brooks, Esq.
                            Attorney for John J. Falcetta

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

4/4/08  WHEEL A