UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA          :     **WAIVER OF INDICTMENT**

       -v.-                            :     08 Cr. _____ (VM)

JOHN J. FALCETTA,                 :

       Defendant.                 :

- - - - - - - - - - - - - - - - - -x

       The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1341, 1346, 1349, 1956(a)(1)(B)(i), and 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Dated:   New York, New York
        April 11, 2008

                                    JOHN J. FALCETTA
                                    Defendant

                                    Witness

                                    Steven Brooks, Esq.
                                    Attorney for John J. Falcetta