UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA         :    ORDER

      -v.-                     :
                                                                   08 Cr. 327 (VM)
JOHN J. FALCETTA,                :

        Defendant.              :
- - - - - - - - - - - - - - - - x

ORIGINAL

     WHEREAS, with the consent of defendant JOHN J. FALCETTA, his guilty plea allocution was taken before a United States Magistrate Judge on June 4, 2008;

     WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

     WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

     IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
          June 10, 2008

                                                VICTOR MARRERO
                                                UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-10-08