```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-9-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA          :
                                  :    08 Cr 0327
    - against -                   :
                                  :    **ORDER**
JOHN J. FALCETTA,                 :
                                  :
                     Defendant.   :
----------------------------------X

**VICTOR MARRERO, United States District Judge.**

Defendant John J. Falcetta ("Falcetta"), who currently resides in Nantucket, Massachusetts, asserts that he has been unable to maintain employment in Nantucket since this case commenced, and that the financial pressures of his current situation have made it necessary to seek alternative living arrangements. By a motion dated June 20, 2008, Falcetta requested leave of Court to transfer his Pre-Trial Detention to 710 Christopher Drive, Wyomissing, Pennsylvania and transfer the administration of such detention to the Pre-Trial Detention Department of the Eastern District of Pennsylvania (the "Motion"). By an order dated July 3, 2008, the Court directed the Government and United States Probation Department to respond to the Motion. By a letter dated July 8, 2008, the Government and United States Probation Department responded to the Motion, stating that, under the circumstances of this case, they do not object to the Motion, provided that Falcetta attend the pre-scheduled meeting with United States Probation Officer Zondra Wilson on July 17, 2008 at 11:00 a.m. It is

hereby

**ORDERED** that the motion (Docket No. 34) by Defendant John J. Falcetta ("Falcetta") for leave to change residence from his current residence at 2 Windy Way, #304, Nantucket, MA 02554 to his intended new residence of 710 Christopher Drive, Wyomissing, PA is GRANTED; and it is further

**ORDERED** that the administration of Falcetta's Pre-Trial Detention be transferred to the Pre-Trial Detention Department of the Eastern District of Pennsylvania; and it is finally

**ORDERED** that Falcetta is to attend the pre-scheduled meeting with United States Probation Officer Zondra Wilson on July 17, 2008 at 11:00 a.m.

**SO ORDERED.**

Dated:    New York, New York
          9 July 2008

_____
Victor Marrero
U.S.D.J.